**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Kimberley H. Tyson

In re:

Ryp Richard Walters

Case No.   25-14172-KHT

Chapter 13

Debtor(s).

### ORDER REGARDING INTENDED AMENDED CHAPTER 13 PLAN AND CONFIRMATION STATUS REPORT

THIS MATTER comes before the Court on Debtor(s)' Confirmation Status Report filed on **8/20/2025**   and the Debtor(s)' intention to resolve objections by filing an Amended Chapter 13 Plan.   The Court ORDERS:

1.  Confirmation of all previously-filed Chapter 13 Plans is DENIED.

2.  By **9/24/2025**, the Debtor(s) must: (a) file an Amended Chapter 13 Plan;
    (b) file and serve a notice in substantial conformity to L.B.F. 3015-1.2 (including the objection deadline and information regarding how to participate in the hearing); and (c) file and serve any required amended Schedules to support the Amended Chapter Plan. Service must be made to the Chapter 13 Trustee and Previous plan objectors, parties requesting notice, all creditors holding secured and unsecured priority claims, all adversely affected parties, any creditor added to the list of creditors who did not previously receive notice, and other parties designated in the Confirmation Status Report. After completion of service of the foregoing documents, the Debtor(s) must file a certificate of service showing proper service.

3.  All pending objections are deemed MOOT.  Any party who wishes to object to a future plan must file a new objection by **10/8/2025.**

4.  If objections to the Amended Chapter 13 Plan are filed, the Debtor(s) must file a Confirmation Status Report pursuant to L.B.R. 3015-1(e) and in substantial conformity with L.B.F. 3015-1.4.  If no objections to the Amended Chapter 13 Plan are filed, the Debtor(s) must file a Verification of Confirmable Plan pursuant to L.B.R. 3015-1(d) and in substantial conformity with L.B.F. 3015-1.3.  Either a Verification of Confirmable Plan or a Confirmation Status Report must be filed by **10/15/2025.**

5.  The previously scheduled confirmation hearing is VACATED. The Court will conduct a non-evidentiary confirmation hearing on a trailing docket on the Amended Chapter 13 Plan (to be filed and served as set forth below) and any objections:

    • **10/22/2025 at 1:30 p.m.**

    • The hearing will be held by telephone by Judge Kimberley H. Tyson. Please call 833-435-1820 (toll free) and enter Meeting ID 160 632 4304. All information regarding telephonic appearances is available on the Court's website at www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht

6.  If the Debtor(s) fail to timely file and serve the required documents, such failure will be deemed cause for denial of confirmation and dismissal without further notice or hearing.

Dated: August 21, 2025

BY THE COURT:

s/  Kimberley H. Tyson

Kimberley H. Tyson,
Bankruptcy Judge